**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00301-CR**

_____

**JOHN LLOYD FRAZER II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. 24926**

**MEMORANDUM OPINION**

John Lloyd Frazer II has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on February 27, 2018
Opinion Delivered February 28, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.